UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JSURGICAL, INC.,**

    Plaintiff,

v.                                      CASE NO:  8:18-cv-1022-T-30JSS

**SYNERGY HEALTH, PLC and
STERIS CORPORATION,**

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court *sua sponte*. On September 21, 2018, the Court granted Defendants' Motion to Dismiss Amended Complaint (Dkt. 28). The Order dismissed the Amended Complaint without prejudice and provided Plaintiff fourteen (14) days to file a Second Amended Complaint. The Order noted that Plaintiff's failure to file a second amended complaint by the deadline would result in the closure of the case.

As the deadline has now passed, it is **ORDERED AND ADJUDGED** that the Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on October 9, 2018.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record